FOR PUBLICATION



**FILED**

JUN 23 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

---

**S & H PACKING & SALES CO., INC.,**
**DBA Season Produce Co., a California**
**corporation**,

    Plaintiff,

 and

**G. W. PALMER & CO., INC.;**
**ANDREW & WILLIAMSON SALES**
**CO., INC., DBA Andrew & Williamson**
**Fresh Produce; EAST COAST**
**BROKERS AND PACKERS, INC.;**
**GARGIULO, INC.**,

    Plaintiffs-Appellants,

 v.

**TANIMURA DISTRIBUTING, INC., a**
**California corporation**,

    Defendant,

 and

**AGRICAP FINANCIAL**
**CORPORATION, a Delaware**
**corporation**,

    Defendant-Appellee.

No.    14-56059

D.C. No.
2:08-cv-05250-GW-FFM
Central District of California,
Los Angeles

**ORDER**

**S & H PACKING & SALES CO., INC.,**
**DBA Season Produce Co., a California**
**corporation**,

Plaintiff,

and

**APACHE PRODUCE CO., INC., DBA**
**Plain Jane, an Arizona corporation;**
**O.P.MURPHY PRODUCE CO., INC.,**
**DBA Murphy & Sons, a Texas**
**corporation; OCEANSIDE PRODUCE,**
**INC., a California corporation;**
**WILSON PRODUCE, LLC, an Arizona**
**Limited liability company; FRANK**
**DONIO, INC.; ABBATE FAMILY**
**FARMS LIMITED PARTNERSHIP;**
**J.P.M. SALES CO., INC., an Arizona**
**corporation**,

Plaintiffs-Appellants,

**THOMSON INTERNATIONAL, INC.,**
**assignee, Tanimura Distributing, Inc.**,

Creditor-Appellant,

v.

**TANIMURA DISTRIBUTING, INC.**,

Defendant,

and

No.    14-56078

D.C. No.
2:08-cv-05250-GW-FFM
Central District of California,
Los Angeles

2

**AGRICAP FINANCIAL CORPORATION, a Delaware corporation**,

Defendant-Appellee.

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in these cases shall not be cited as precedent by or to any court of the Ninth Circuit.